# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELIQUE JENKINS** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-2180 |
| | : | |
| **SEPTA** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 18th day of November 2019, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 18) and *Pro se* Plaintiff Angelique Jenkins' Response (ECF No. 20), and in accordance with the accompanying memorandum, it is **ORDERED** Defendant's Motion for Judgment on the Pleadings (ECF No. 18) is **GRANTED**. Accordingly, Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE