# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELIQUE JENKINS, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| SEPTA, | : | |
| *Defendant*. | : | NO. 19-2180 |

## ORDER

AND NOW, this 10th day of May 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 52), Plaintiff's response in opposition (ECF No. 53), Defendant's reply (ECF No. 55), and Plaintiff's surreply (ECF No. 58), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Defendant's Motion for Summary Judgment (ECF No. 52) is GRANTED.

The Clerk of Court is directed to close the above-captioned matter.

**BY THE COURT**

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**